# SUMMONS

SUPERIOR COURT
MARION County, Indiana

BETTY YODHES,

Plaintiff,

-vs.-

ONE AMERICA FINANCIAL
PARTNERS, INC.,

Defendant.

Cause No. ~~49D10 16 09 CC 032742~~

(CERTIFIED MAIL, RETURN RECEIPT REQUESTED)

TO DEFENDANTS:  Names    OneAmerica Financial Partners, Inc.
                         c/o Corporate Service Company

                Address  251 East Ohio Street
                         Indianapolis, Indiana 46204

## NOTICE

You are hereby notified that you have been sued by the person(s) named as plaintiff in the Court identified above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing must be filed in Court either by you or your attorney within twenty (20) days, commencing the day after you receive the summons, (or twenty-three (23) days if this summons was received by certified mail) or a Judgment by Default may be rendered against you for the relief demanded by the plaintiff.

Dated: _____    _____

                            Clerk, MARION SUPERIOR Court    AUG 22 2016

**(The following manner of service of summons is hereby designated.)**

XX ____  Certified mail – Return Receipt Requested

_____   Service on individual – (Personal or copy) at address indicated

_____   Service at place of employment

_____   Service on agent (Specify) _____

_____   Other service (Specify) _____

Daniel K. Burke, DKB LEGAL LLC
Attorney for Plaintiff
11805 N. Pennsylvania Street
Carmel, Indiana 46032
(317) 709-4242
Atty. No. 24572-49

COURTROOM ADDRESS AND TELEPHONE
200 E. Washington Street
Indianapolis, Indiana 46204
(317) 327-4740

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT NO. _____ |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

BETTY YODHES,                                )        **49D10 16 09 CC 032742**
                                                           )
                    Plaintiff,                    )
                                                           )        **FILED**
          v.                                         )
                                                           )        (15)   AUG 2 2 2016
ONEAMERICA FINANCIAL            )
PARTNERS, INC.                               )        *Myla A. Eldridge*
                                                           )        CLERK OF THE MARION CIRCUIT COURT
                    Defendant.                )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Plaintiff, Betty Yodhes ("Yodhes"), by counsel, for her Complaint against Defendant, OneAmerica Financial Partners, Inc. ("OneAmerica"), states as follows:

### PARTIES, JURISDICTION AND VENUE

1.      Yodhes is an individual citizen of the State of Michigan, residing at 15213 Markese Avenue, Allen Park, MI 48101.

2.      OneAmerica is an Indiana corporation that can be served with process through its registered agent, Corporate Service Company, 251 East Ohio Street, Indianapolis, Indiana 46204.

3.      Yodhes has complied with all statutory administrative and procedural prerequisites to filing this action. In March 2015, Yodhes filed a charge with the Equal Employment Opportunity Commission, asserting a disability discrimination claim against OneAmerica. In September 2015, Yodhes filed a second charge with the Equal Employment Opportunity Commission, asserting a gender discrimination claim against OneAmerica.

4.      On or about May 24, 2016, the EEOC notified Yodhes that she had a right to bring this lawsuit against OneAmerica as to both the gender discrimination and disability discrimination claims.

5.      Venue is proper in Marion County pursuant to Indiana Trial Rule 75(A).

## FACTS COMMON TO ALL COUNTS

6.      Yodhes is a hard-working woman, who has gained considerable experience in the retirement services industry. Over the course of her nearly two decades of service, she has gained the respect of her clients and employers alike.

7.      OneAmerica recruited Yodhes through a national recruiting firm that specializes in recruiting highly-skilled professionals in the retirement services industry.

8.      Seeking to move closer to her ailing father, Yodhes accepted an employment offer from OneAmerica and, in September 2014, began work in OneAmerica's Plan Management – Trust division in Indianapolis.

9.      But, within two (2) weeks of beginning her employment with OneAmerica, Joseph Miller ("Miller"), who was an assistant vice president with OneAmerica and who was charged with overseeing the Plan Management – Trust division, assigned an excessive amount of work to her.

10.     The workload assigned to Yodhes far exceeded the volume of work assigned to similarly situated male employees. In fact, Yodhes workload was more than five (5) times greater than many of her male colleagues.

11.     In addition to heaping a disproportionate amount of work on her shoulders, OneAmerica provided Yodhes with virtually no training or support with respect to the various systems OneAmerica utilizes.

12.     This stands in stark contrast to the treatment her male counterparts enjoyed. In fact, a number of her male counterparts were provided with extensive training from the outset of their employment with OneAmerica.

2

13.     In fact, OneAmerica did not provide Yodhes with necessary training until after she raised the issue upon learning that her male counterparts had been afforded access to training that had previously been denied her.

14.     In addition, Yodhes' male counterparts were assigned mentors to assist them in transitioning into their roles within OneAmerica; however, Yodhes was not assigned a mentor until much later in her tenure – and then only after she raised the issue.

15.     Miller and Goble also tasked Yodhes with a variety of administrative and secretarial tasks; however, they did not assign such tasks to any of Yodhes' male counterparts.

16.     Throughout the Fall of 2014, Yodhes observed that Miller and Goble treated male employees within the division differently and more favorably than the female employees. As noted above, as to Yodhes, this disparate treatment included a disproportionate workload, the lack of necessary training, and no assignment of a mentor.

17.     But, Miller's unfair treatment of Yodhes did not stop there. In addition to treating male employees more favorably than Yodhes, Miller also had a pattern and practice of treating female employees who reported to him in a hostile, abusive manner.

18.     In fact, throughout the Fall of 2014, Yodhes routinely observed several of her female counterparts crying in the restroom after having been subjected to some form of abusive treatment by Miller.

19.     During this time period, a number of Yodhes' female colleagues advised her that Miller "has a problem with women" and that he had a history of bullying and intimidating his female subordinates.

20.     In December 2014, Yodhes brought these concerns to her immediate supervisor, Jeanne Goble ("Goble").

3

21.     Overhearing this conversation, Miller confronted Yodhes in a hostile and threatening manner.

22.     Shortly thereafter, in early 2015, Miller summoned Yodhes into a conference room, closed the door and proceeded to berate her, calling her offensive names, pounding on the table and making offensive hand gestures directed at her.

23.     Upon information and belief, Miller treated other female employees under his supervision in a similar manner.

24.     Upon information and belief, Miller never treated any male employee under his supervision in this manner.

25.     Yodhes promptly reported this incident, as well as her concerns regarding Miller's practice of treating female employees less favorably than male employees, to OneAmerica's human resources department.

26.     OneAmerica took no action in response.

27.     Following Yodhes' report to human resources regarding Miller's gender-based discrimination and harassment, Miller escalated his poor treatment of Yodhes, repeatedly calling her offensive names, criticizing her performance in front of other employees, and imposing unreasonable performance expectations on her.

28.     Yodhes did not observe Miller treating any male employees in this manner.

29.     In February 2015, Yodhes advised her immediate supervisor, Goble, that she had been diagnosed with uterine fibroids, a condition that had been causing her considerable pain and discomfort for several months.

30.     Although Yodhes' physician sought to schedule surgery at the earliest possible opportunity, Yodhes advised Goble that she would need reasonable accommodations as she continued to work through the pain and discomfort leading up and following her fibroid surgery.

31.     Rather than providing Yodhes with reasonable accommodations, within approximately one week of Yodhes informing Goble of her condition, Goble and Miller both presented Yodhes with a "performance improvement plan" and increased her workload.

32.     Yodhes promptly addressed this issue with OneAmerica's human resources department. However, no action was taken. In fact, in responding to her March 5, 2016 e-mail expressing her concerns, OneAmerica's human resources representative ignored completely Yodhes' concerns about discrimination or retaliation based on her medical condition.

33.     In March 2015, Goble, who reported to Miller, conducted a meeting attended by several employees in the division. During the meeting, Goble projected an image of her computer screen onto a large monitor for viewing by those in attendance at the meeting. Plainly displayed on the monitor for all employees attending the meeting to see was information relating to disciplinary action taken with respect to Yodhes.

34.     The environment in Miller's division became so intolerable that Yodhes had no reasonable alternative but to terminate her employment with OneAmerica on March 31, 2015.

35.     Upon information and belief, OneAmerica terminated Miller's employment in July 2015.

## COUNT I
## Gender Discrimination and Retaliation

36.     Yodhes incorporates by reference and realleges each allegation set forth in paragraphs 1 through 35 as if fully set forth herein.

37.     OneAmerica has discriminated against Yodhes in the terms and conditions of her employment because of Yodhes' gender and because Yodhes opposed unlawful discrimination by OneAmerica, thereby violating Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

38.     In addition, OneAmerica retaliated against Yodhes for expressing her concerns about gender discrimination and for asserting a gender discrimination claim.

39.     As a direct and proximate result of such violations, Yodhes has sustained damages in an amount to be determined at trial.

## COUNT II
## Disability Discrimination and Retaliation

40.     Yodhes incorporates by reference and realleges each allegation set forth in paragraphs 1 through 35 as if fully set forth herein.

41.     Yodhes is a qualified individual with a disability.

42.     OneAmerica was on notice of Yodhes disability.

43.     OneAmerica failed to provide reasonable accommodations to Yodhes.

44.     Rather, OneAmerica retaliated against Yodhes for seeking accommodations by placing her on a performance improvement plan and by increasing her workload.

45.     As a direct and proximate result of such violations, Yodhes has sustained damages in an amount to be determined at trial.

## COUNT III
## Public Disclosure of Private Information

46.     Yodhes incorporates by reference and realleges each allegation set forth in paragraphs 1 through 35 as if fully set forth herein.

47.     In displaying information relating to alleged disciplinary actions directed to Yodhes in a meeting attended by many of her peers, OneAmerica gave publicity to a matter that concerns Yodhes' private life.

48.     Such disclosure by OneAmerica would be highly offensive to a reasonable person, and such disclosure was highly offensive to Yodhes.

49.     Such disclosure by OneAmerica related to a matter that was not of any legitimate public concern.

50.     As a direct and proximate result of OneAmerica's conduct, Yodhes has sustained damages in an amount to be determined at trial.

WHEREFORE, Plaintiff, Betty Yodhes, respectfully requests that the Court enter judgment in her favor against Defendant, OneAmerica Retirement Services, LLC, including: (1) an award of back pay, front pay, compensatory and punitive damages; (2) reasonable attorney's fees and costs incurred by Yodhes; (3) prejudgment and post-judgment interest, as provided by law; and (5) all other appropriate relief.

## JURY TRIAL DEMAND

Plaintiff, Betty Yodhes, respectfully demands a trial by jury of all issues so triable in this cause.

Respectfully submitted,

Daniel K. Burke (#24572-49)
DKB LEGAL LLC
11805 North Pennsylvania Street
Carmel, IN 46032
Tel.: (317) 709-4242
Email: dan@dkblegal.com

Attorneys for Plaintiff, Betty Yodhes

8

STATE OF INDIANA     )         IN THE MARION SUPERIOR COURT NO. ____
                  ) SS:
COUNTY OF MARION   )         CAUSE NO. _____

BETTY YODHES,          )

         Plaintiff,    )

     v.             )

ONEAMERICA FINANCIAL  )
PARTNERS, INC.        )

         Defendant.   )

**49D10 16 09 CC 03 27 42**

# FILED

(15)  AUG 2 2 2016

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE OF COUNSEL

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating  X           Responding ___        Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now  appear in this case  for
   the following parties:

   Name of party:  Betty Yodhes

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Daniel K. Burke            Atty Number: 24572-49
   Address: 11805 N. Pennsylvania Street, Carmel, IN 46032
   Phone: 317-709-4242
   FAX:
   Email Address: dan@dkblegal.com

   *(List on continuation page additional attorneys appearing for above party)*

3. This is not a CC case type as defined in administrative Rule 8(B)(3).

4. I will accept service by:
   FAX at the above noted number:  Yes ___ No X
   Email at the above noted e-mail address:  Yes X  No ____

5.  This case involves child support issues. Yes _____ No X___

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No X___  The party shall use the following address for purposes of legal service:

    X_____       Attorney's address

    _____       The Attorney General Confidentiality program address
                    (contact the Attorney General at 1-800-321-1907 or e-mail address is
                    **confidential@atg.state.in.us)**.

    _____       Another address (provide)

    _____

7.  This case involves a petition for involuntary commitment.  Yes _____ No X___

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b.  State of Residence of person subject to petition: _____

    c.  At least one of the following pieces of identifying information:
        (i)   Date of Birth _____
        (ii)  Driver's License Number _____
            State where issued _____ Expiration date _____
        (iii) State ID number _____
            State where issued _____ Expiration date _____
        (iv) FBI number _____
        (v)  Indiana Department of Corrections Number _____
        (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No X___ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

    _____

11. There are other party members: Yes _____ No X___ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes X___ No_____

Respectfully submitted,

Daniel K. Burke, #24572-49
DKB LEGAL LLC
11805 North Pennsylvania Street
Carmel, IN 46032
(317) 709-4242
dan@dkblegal.com

Counsel for Plaintiff

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D10-1609-CC-032742 |

| | |
|---|---|
| BETTY YODHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ONEAMERICA FINANCIAL | ) |
| PARTNERS, INC. | ) |
| | ) |
| Defendant. | ) |

FILED

(95) OCT 04 2016

*Myla A. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____        Responding __X__        Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:  OneAmerica Financial Partners, Inc.

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>Germaine Winnick Willett</u>        Atty Number: <u>21151-73</u>
   Address: <u>Ice Miller LLP, One American Square, Suite 2900</u>
   <u>Indianapolis, IN 46282-0200</u>
   Phone: <u>(317) 236-5993</u>
   FAX: <u>(317) 592-4841</u>
   Email Address: <u>germaine.willett@icemiller.com</u>
   *(List on continuation page additional attorneys appearing for above party)*

3. This is a PL case type as defined in administrative Rule 8(B)(3).

4. I will accept service by:
   FAX at the above noted number:  Yes _____ No <u>X</u>
   Email at the above noted number:  Yes _____ No <u>X</u>

5. This case involves child support issues. Yes _____ No <u>X</u>

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u>

7. This case involves a petition for involuntary commitment. Yes _____ No __X___

8. There are related cases: Yes _____ No __X___ *(If yes, list on continuation page.)*

9. Additional information required by local rule:

   _____

10. There are other party members: Yes _____ No __X___ *(If yes, list on continuation page.)*

11. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X___ No_____

                          Germaine Winnick Willett, Atty. No. 21151-73
                          Attorney for Defendant


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing has been deposited in the
U.S. mail, first class postage prepaid, on the 4th day of October, 2016, addressed to:


                Daniel K. Burke
                DKB LEGAL LLC
                11805 North Pennsylvania Street
                Carmel, IN  46032
                dan@dkblegal.com




                          Germaine Winnick Willett


ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana  46282-0200
(317) 236-5993
(Fax) (317) 592-4841
Germaine.Willett@icemiller.com


I\10985939.1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D10-1609-CC-032742 |

| | |
|---|---|
| BETTY YODHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ONEAMERICA FINANCIAL | ) |
| PARTNERS, INC. | ) |
| | ) |
| Defendant. | ) |

FILED

(95)  OCT 0 4 2016

*Myla a. Eldridge*
CLERK OF THE MARION CIRCUIT COURT

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
    Initiating _____    Responding __X__    Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party:  OneAmerica Financial Partners, Inc.

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    Name: Justin P. Spack_____    Atty Number: 30141-49_____
    Address: Ice Miller LLP, One American Square, Suite 2900_____
    _____Indianapolis, IN 46282-0200_____
    Phone: (317) 236-2495_____
    FAX: (317) 592-4280_____
    Email Address: justin.spack@icemiller.com
    *(List on continuation page additional attorneys appearing for above party)*

3.  This is a PL case type as defined in administrative Rule 8(B)(3).

4.  I will accept service by:
    FAX at the above noted number: Yes _____ No __X__
    Email at the above noted number: Yes _____ No __X__

5.  This case involves child support issues. Yes _____ No __X__

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No __X__

7.  This case involves a petition for involuntary commitment.  Yes _____ No __X__

8.  There are related cases: Yes _____ No __X__  *(If yes, list on continuation page.)*

9.  Additional information required by local rule:

    _____

10. There are other party members: Yes _____ No __X__  *(If yes, list on continuation page.)*

11. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X__ No____

                                            _____
                                            Justin P. Spack, Atty. No. 30141-49
                                            Attorney for Defendant


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been deposited in the
U.S. mail, first class postage prepaid, on the 4th day of October, 2016, addressed to:


                   Daniel K. Burke
                   DKB LEGAL LLC
                   11805 North Pennsylvania Street
                   Carmel, IN  46032
                   dan@dkblegal.com



                                            _____
                                            Justin P. Spack


ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana  46282-0200
(317) 236-2495
(Fax) (317) 592-4280
Justin.Spack@icemiller.com

STATE OF INDIANA      )
                         ) SS:
COUNTY OF MARION     )

BETTY YODHES,             )
                         )
      Plaintiff,            )
                         )
      v.                   )
                         )
ONEAMERICA FINANCIAL    )
PARTNERS, INC.          )
                         )
      Defendant.        )

IN THE MARION SUPERIOR COURT

CAUSE NO. 49D10-1609-CC-032742

FILED

OCT 0 4 2016

*[signature]*
CLERK OF THE MARION CIRCUIT COURT

## MOTION FOR AUTOMATIC ENLARGEMENT OF TIME

Defendant, OneAmerica Financial Partners, Inc., by counsel, pursuant to Ind. R. Civ. Proc. 6(B)(1) and L.R. 49-TR5 Rule 203(D), moves the Court for an automatic enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, and in support of its Motion shows the Court that:

1.      Defendant OneAmerica Financial Partners, Inc.'s response is due on or about October 10, 2016, and that time has not yet expired.

2.      No prior enlargements have been requested.

3.      The automatic enlargement of time shall expire on November 9, 2016.

WHEREFORE, Defendant, OneAmerica Financial Partners, Inc., respectfully requests that the time prescribed within which it must respond to Plaintiff's Complaint be automatically enlarged to and including November 9, 2016, and for all other relief proper in the premises.

Respectfully submitted,

ICE MILLER LLP


Germaine Winnick Willett, Atty. No. 21151-73
Justin P. Spack, Atty. No. 30141-49

Attorneys for Defendant, OneAmerica Financial Partners, Inc.


ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. mail, first class postage prepaid, on the 4th day of October, 2016, addressed to:

> Daniel K. Burke
> DKB LEGAL LLC
> 11805 N. Pennsylvania St.
> Carmel, IN  46032


Germaine Winnick Willett

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, Indiana 46282-0200

I/10988000.1

3

STATE OF INDIANA    )        IN THE MARION SUPERIOR COURT
                       ) SS:
COUNTY OF MARION    )        CAUSE NO. 49D10-1609-CC-032,742

BETTY YODHES,             )

    Plaintiff,          )

    v.                   )

ONEAMERICA FINANCIAL    )
PARTNERS, INC.            )

    Defendant.         )

FILED

(23)  OCT 0 7 2016

Myla A. Eldridge
CLERK OF THE MARION CIRCUIT COURT

## ORDER

This matter having come before the Court upon the Motion for Automatic Enlargement of Time heretofore filed by Defendant;

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that the time within which Defendant must answer or otherwise respond to Plaintiff's Complaint is hereby enlarged to and including November 9, 2016.

Dated: 10/7/16

_____
JUDGE, MARION SUPERIOR COURT 10

Copies to:

Germaine Winnick Willett
Justin P. Spack
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282

Daniel K. Burke
DKB LEGAL LLC
11805 N. Pennsylvania St.
Carmel, IN  46032

I\10988717.1